In re Thomas, Willie Scott; — Plaintiffs); applying for supervisory and/or remedial writ; Parish of St. Mary, 16th Judicial District Court, Div. “B”, No. 108249.
Writ granted; case remanded. The timeliness provisions of C.Cr.P. art. 930.8(A) do not apply to motions to correct illegal sentences made under La.C.Cr.P. art. 882, which states that illegal sentences “may be corrected at any time.” State ex rel. Foucha v. C.D.C., 93-1001 (La. 9/2/94), 642 So.2d 1274, State ex rel. Johnson v. Day, 92-0122 (La. 5/13/94), 637 So.2d 1062. The district court is therefore ordered to rule on the merits of relator’s claims and sentence him to the required “determinate sentence.” La.C.Cr.P. art. 879; State ex rel. Dawson v. Ballard, 460 So.2d 595 (La.1984); see also State v. Telsee, 388 So.2d 747, 749 n. 2 (La.1980).
LEMMON, J., not on panel.